Of Counsel:
**ROECA LURIA SHIN LLP**
A Limited Liability Law Partnership
JAMES SHIN             6333-0
jshin@rlhlaw.com
NORMAN K. ODANI       8678-0
nodani@rlhlaw.com
DEBBIE L. TANAKAYA     7892-0
dtanakaya@rlhlaw.com
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawai'i  96813-3917
Telephone:  (808) 538-7500

Attorneys for Defendants
AOUO INTERSTATE BUILDING, GREG TATSUGUCHI,
GREGORY MURATA, and BRANDIE VIDUYA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BUDDY P. KAMAKEEAINA,<br><br>              Plaintiff,<br><br>    vs.<br><br>AOUO INTERSTATE BUILDING, c/o PURE MANAGEMENT, dba PURE REAL ESTATE, INC.; GREG TATSUGUCHI, President; GREGORY MURATA, Operations Supervisor; and BRANDIE VIDUYA, Human Resource Manager,<br>              Defendants. | CIVIL NO.  21-00179 JAO-KJM<br>*Other Civil Action*<br>*Other Non-Vehicle Tort*<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND PARTIES<br><br>TRIAL DATE: September 12, 2022<br>JUDGE:  Jill A. Otake |

STIPULATION FOR DISMISSAL WITH
<u>PREJUDICE AS TO ALL CLAIMS AND PARTIES</u>

IT IS HEREBY STIPULATED between the parties who have appeared in this

action, through their respective counsel of record and pursuant to Fed. R. Civ. P.

41(a)(1)(A)(ii) and LR41.1 that the above-entitled action, including all claims, cross-claims, counter-claims and third-party claims, however denominated, be and is hereby dismissed with prejudice, each party to bear his, her or its own attorneys' fees and costs.  All other claims and parties are dismissed.

This stipulation has been signed by counsel for all parties who have appeared in this action.  Trial in this matter has been set for September 12, 2022.

DATED:  Honolulu, Hawaiʻi, June 30, 2022.

/s/ *Buddy P. Kamakeeaina*
BUDDY P. KAMAKEEAINA
Plaintiff *Pro Se*

DATED:  Honolulu, Hawaiʻi, June 30, 2022.

/s/ *Norman K. Odani*
JAMES SHIN
NORMAN K. ODANI
DEBBIE L. TANAKAYA
Attorneys for Defendants
AOUO INTERSTATE BUILDING, GREG TATSUGUCHI, GREGORY MURATA, and BRANDIE VIDUYA

APPROVED AS TO FORM:



Jill A. Otake
United States District Judge

---

*Buddy P. Kamakeeaina v. AOUO Interstate Building, et al.*; Civil No. 21-00179 JAO-KJM; Stipulation for Dismissal with Prejudice as to All Claims and Parties